Lamont Jefferies
2741 Carolina Blue Ave
Henderson, NV 80952
702-403-7115



Case 2:19-cv-01501-KJD-EJY   Document 1-1   Filed 08/28/19   Page 1 of 5

In The United States District Court
For District of Nevada

Lamont Jefferies
    Plaintiff,

vs

Conex West
    Defendant.

2:19-cv-01501-KJD-EJY

State of Nevada Clark County

I Lamont Jefferies is seeking relief from the Company Conex West, that I worked For in 2018 in Las Vegas, NV I was removed from my job due to my disability, and now I demand relief in the form of money.

I am asking for Conexwest to pay me a relief in the form of money. I am asking for $600,000.00 USD for wrongful Termination, and Disability Discrimination

8-28-2019

Lamont Jefferies
2741 Carolina Blue Ave
Henderson, NV 89052
702-403-7115





Searching
12:59 PM
+1 415-942-4211
It's starts at 9am. It takes a little time to hook me up to the machine
Do not worry about that come in the afternoon from 12-3pm instead
procedure? Send me your medical weekly schedule please I need to schedule this long-term
8:24 AM
I will send it over
Send message

Type: Text message
From: +14159242211
Sent: Jul 26, 2018, 6:24 AM
Received: Jul 26, 2018, 6:24 AM

Jeff, I really appreciate you. I also appreciate your service to our country. At Conexwest in Las Vegas we are going through a very critical building period in our business.

I don't think this is a good match. I am really sorry for this terrible news. It is my fault for not asking more questions initially.

If we ever get to the point where we can have our representatives become home based employees you will be my first choice.

I am very sorry to tell you this. Being present for all five days during the work week is mandatory for our success at this time in our business cycle. You are a great man. Sorry for this bad news.