1
2
3
4                    UNITED STATES DISTRICT COURT
5                        DISTRICT OF NEVADA
6                              * * *
7   LAMONT JEFFRIES,                        Case No. 2:19-CV-1501-KJD-EJY
8                          Plaintiff,                      ORDER
9          v.
10  CONEX WEST,
11                         Defendant.

12          Before the Court for consideration is the Report and Recommendation (#6) of Magistrate

13  Judge Elayna J. Youchah entered September 15, 2020, recommending that Plaintiff's Amended

14  Complaint (#5) be dismissed with leave to amend and ordering Plaintiff to file a second amended

15  complaint within thirty days. Though the time for doing so has passed, Plaintiff has failed to file

16  any objections to the Report and Recommendation or to file a second amended complaint.

17          The Court has conducted a de novo review of the record in this case in accordance with

18  28 U.S.C. § 636(b)(1) and LR IB 3-2.  The Court determines that the Report and

19  Recommendation (#6) of the United States Magistrate Judge entered September 15, 2020, should

20  be **ADOPTED and AFFIRMED**.

21          IT IS THEREFORE ORDERED that the Magistrate Judge's Report and

22  Recommendation (#6) entered September 15, 2020, are **ADOPTED and AFFIRMED**;

23          IT IS FURTHER ORDERED that Plaintiff's First Amended Complaint (#5) is

24  **DISMISSED**;

25  ///

26  ///

27  ///

28

IT IS FURTHER ORDERED that Plaintiff's action is **DISMISSED without prejudice**
for failure to file a second amended complaint in compliance with the Court's order.

DATED this 16th day of November 2020.

The Honorable Kent J. Dawson
United States District Judge